

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-15-00209-CR

Ramon **DAVIDSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR11312W
Honorable Lorina I. Rummel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED August 5, 2015.

_____
Luz Elena D. Chapa, Justice